UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM PETERSEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | Case No. C20-853RSM-MLP<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulation seeking an order of dismissal. Dkt. #13. The parties stipulate pursuant to Rule 41(a)(1)(A) that this matter be dismissed with prejudice and with each party bearing their own costs and attorneys' fees. Pursuant to that stipulation, the Court hereby ORDERS that matter is DISMISSED with prejudice. This case is CLOSED.

DATED this 16th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1